```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/25/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                        Plaintiff,

-against-

SMCP USA, INC. d/b/a MAJE BLEECKER
AND WILLIAM GOTTLIEB MANAGEMENT
CO. LLC,

                        Defendants.

23 Civ. 4415 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 14. The parties do not identify unique complexities or other exceptional circumstances warranting a fact discovery period of longer than 120 days. Accordingly, by **August 1, 2023**, the parties shall either explain whether those circumstances exist or submit a revised proposed management plan with a fact discovery period not to exceed 120 days.

    SO ORDERED.

Dated: July 25, 2023
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge